No. A–953. NOE *v.* UNITED STATES. Application for bail, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–981. BUZZANCA *v.* UNITED STATES. Application for bail, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. A–1013. WALNUT PROPERTIES, INC. *v.* LONG BEACH CITY COUNCIL. Application to stay execution of the decision of the Long Beach City Council, dated March 9, 1978, addressed to MR. JUSTICE STEWART and referred to the Court, denied.

No. D–194. IN RE DISBARMENT OF AMOS. It is ordered that Howard W. Amos, of Worthington, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83, Orig. MARYLAND ET AL. *v.* LOUISIANA. Motion of the United States for leave to intervene referred to the Special Master. Report of the Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the Report of the Special Master may be filed by the parties within 30 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier order herein, see, *e. g.,* 445 U. S. 913.]